United States District Court
Southern District of Texas

**ENTERED**

March 24, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| D.Y.L., | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:25-CV-00208** |
| | § | |
| FRANK BISIGNANO, COMMISSIONER | § | |
| OF SOCIAL SECURITY, | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This is an appeal from an administrative ruling denying Plaintiff's application for social security benefits. Pending before the Court are parties' cross motions for summary judgment. Motion to Dismiss Count I of the Second Amended Complaint. ECF Nos. 14; 18. The case was referred to Magistrate Judge Yvonne Ho to conduct all pretrial proceedings. On February 27, 2026, Judge Ho issued a Memorandum and Recommendation on the motions, recommending that Plaintiff's Motion for Summary Judgment (ECF No. 14) be denied and Defendant's Motion for Summary Judgment (ECF No. 18) be granted. ECF No. 19. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion is hereby **DENIED** and Defendant's Motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed at Houston, Texas on March 18, 2026.

Keith P. Ellison
United States District Judge